UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>V. )<br>    )<br>ACCELERATED LOGISTICS ONE, LLC, )<br>    )<br>       Defendant. ) | Case No. 25 CV 6728 |

## COMPLAINT

## FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

## PENALTY - TRFM13873419

Plaintiff, the United States of America, by and through its attorney, Nathan Lollis, for the District of Illinois hereby sets forth its Complaint against Defendant, Accelerated Logistics One, LLC, (herein after "Defendant") and states as follows:

1. This Court has jurisdiction for this case because the United States of America is the plaintiff ("Plaintiff"). 28 U.S.C. §1345.

2. Plaintiff is acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service ("Treasury") on behalf of the U.S. Department of Transportation, Federal Motor Carrier Safety Administration (herein after TRAN/FMCSA).

3. The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 ("DCIA"). 31 U.S.C. § 3701 *et seq.*

4. Defendant, Accelerated Logistics One, LLC ("Defendant"), is a business located in Monee, ILLINOIS within the Northern District of Illinois showing a registered agent's address at 24908 S Ridgeland Ave, Monee, IL 60449.

5. On or around July 17, 2020, a Notice of Claim for regulatory violations committed was sent to the Defendant. A statement of charge was included. The statement shows one (1) violation and a detail of each charge. Ex. A, Certificate of Compliance.

6. On or around October 9, 2020, the TRAN/FMCSA referred the debt to the Treasury for collection for a civil money penalty pursuant to violation § 49 U.S.C. 14916(a)(1) activities without registration in the amount of $21,680.00 with an annual interest rate of 2.00% and an annual penalty rate of 6.00%. Id.

7. On or around May 17, 2023, Treasury Debt Management Services referred the claim to the U.S. Department of Justice in the amount of $21,680.00 with a daily interest accrual of $3.56 and daily penalty of $0.60. Id.

8. Defendant did not dispute or appeal the penalty assessed through the administrative process.

9. Defendant has not made any payments toward the debt.

10. Plaintiff is authorized to sue to recover federal agency penalties in federal court.

11. The Certificate of Indebtedness is correct as of January 22nd, 2025, and includes any applicable interest, penalties, administrative fees and DMS & DOJ fees (pursuant to 31 U.S.C. §3717(e) and 3711(g)(6), (7); 31 C.F.R 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. §527, note). Id.

12. The debt owed to the United States of America is as follows:

| | |
|---|---|
| Current Principal (Penalty) | $ 21,680.00 |
| Current Interest (at 1.00%) | $ 961.44 |
| Penalty (6.00%) | $ 5,909.78 |
| Administrative Costs | $ 10,367.31 |
| **TOTAL DUE** (as of 1/22/25) | **$ 38,918.53** |

**WHEREFORE**, the United States respectfully request that this Court enter a judgment against the Defendant, Accelerated Logistics One, LLC, in the total amount of **$38,918.53** which includes the penalty of $21,680.00; interest of $961.44; penalty interest of $5,909.78; and administrative costs of $10,367.31; and for such other relief which the Court deems proper.

Respectfully submitted,

By: s/ Nathan Lollis, Esq.

Nathan Lollis (6257247)
Schuerger Law Group
Private Counsel – U.S. Department of Justice
72 S. La Grange Rd., Ste 7
La Grange, IL 60525
Phone: (312) 788-9898
Email: nlollis@schuergerlaw.com
efiling@schuergerlaw.com
*Attorney for Plaintiff*